| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>David M Goodrich<br>Weiland Golden Goodrich LLP<br>650 Town Center Drive, Suite 600<br>Costa Mesa, CA 92626<br><br>714-966-1000<br><br><br><br>*Plaintiff or Attorney for Plaintiff* | FOR COURT USE ONLY |
|---|---|

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES

| In re:<br><br>Sung Woo Park<br><br><br><br>Debtor(s). | CASE NO.: 2:18-bk-21672-BR<br><br>CHAPTER: 7<br><br>ADVERSARY NUMBER: 2:19-ap-01245-BR |
|---|---|
| Wesley H. Avery<br><br>Plaintiff(s)<br>Versus<br><br>Hyun Sook Park<br><br><br>Defendant(s) | **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]** |

TO THE DEFENDANT(S): A Complaint has been filed by the Plaintiff against you. If you wish to defend against the Complaint, you must file with the court a written pleading in response to the Complaint. You must also serve a copy of your written response on the party shown in the upper left-hand corner of this page. The deadline to file and serve a written response is **08/29/2019.** If you do not timely file and serve the response, the court may enter a judgment by default against you for the relief demanded in the Complaint.

A status conference in the adversary proceeding commenced by the Complaint has been set for:
    **Date:**        **October 2, 2019**
    **Time:**       **10:00 AM**
    **Hearing Judge:**  **Barry Russell**
    **Location:**     **255 E Temple St., Crtrm 1668, Los Angeles, CA 90012**

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*      Page 1      **F 7004-1.SUMMONS.ADV.PROC**

**You must comply with LBR 7016–1, which requires you to file a joint status report and to appear at a status conference.** All parties must read and comply with the rule, even if you are representing yourself. You must cooperate with the other parties in the case and file a joint status report with the court and serve it on the appropriate parties at least 14 days before a status conference. A court–approved joint status report form is available on the court's website (LBR form F 7016–1.STATUS.REPORT) with an attachment for additional parties if necessary (LBR form F 7016–1.STATUS.REPORT.ATTACH). If the other parties do not cooperate in filing a joint status report, you still must file with the court a unilateral status report and the accompanying required declaration instead of a joint status report 7 days before the status conference. **The court may fine you or impose other sanctions if you do not file a status report. The court may also fine you or impose other sanctions if you fail to appear at a status conference.**

        **KATHLEEN J. CAMPBELL**
        **CLERK OF COURT**

Date of Issuance of Summons and Notice of Status Conference in Adversary Proceeding: <u>July 30, 2019</u>

        By: <u>  "s/" Stacey Fortier  </u>

        Deputy Clerk



This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*      Page 2      **F 7004–1.SUMMONS.ADV.PROC**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**650 Town Center Drive, Suite 600
Costa Mesa, CA 92626**

A true and correct copy (1) of the foregoing document entitled: **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]** and (2) the accompanying pleading(s) entitled:

Complaint: (1) To Avoid and Recover Fraudulent Transfer Pursuant to 11 U.S.C. §§ 544(b) and 550; (2) To Avoid Transfer

Under Cal. Civ. Code §3439.04(a)(1); (3) To Avoid Transfer Under Cal. Civ. Code §3439.04(a)(2)... (Continued on Attached)

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 07/31/2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Wesley H Avery (TR)    wes@averytrustee.com, C117@ecfcbis.com;lucy@averytrustee.com; alexandria@averytrustee.com;Isabel@averytrustee.com
David M Goodrich    dgoodrich@wgllp.com, vrosales@wgllp.com;kadele@wgllp.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 07/31/2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hyun Sook Park
4630 Country Club Drive
Los Angeles, CA 90019-6815

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 07/31/2019, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 07/31/2019 | Victoria Rosales | *victoria* (signature) |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016    Page 3    F 7004-1.SUMMONS.ADV.PROC

**(DOCUMENTS CONTINUED…)**

<u>(4) To Avoid Transfer Under Cal. Civ. Code § 3439.05; (5) To Preserve Transfer Pursuant to Cal. Civ. Code § 551; (6) To Preserve Transfer Pursuant to Cal. Civ. Code § 3439.07(a); (7) For Imposition of Resulting Trust; (8) For Imposition of Constructive Trust; (9) To Quiet Title Pursuant to California Code of Civil Procedure § 761.020; (10) For Declaratory Relief; (11) For Authorization to Sell Real Property in Which Co-Owner Holds Interest; and Pursuant to 11 U.S.C. § 363(h); and (12) For Turnover of Property of the Estate</u>

**SERVED BY UNITED STATES MAIL:**
Hyun Sook Park
c/o Crystle Jane Lindsey, Esq.
Law Offices of Crystle Lindsey
3460 Wilshire Blvd., #1220
Los Angeles, CA 90010